No. D–2697. IN RE DISCIPLINE OF PREM. Wayne Thomas Prem, of Towson, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2723. IN RE DISBARMENT OF BENNETT. Disbarment entered. [For earlier order herein, see 567 U. S. 903.]

No. D–2725. IN RE DISBARMENT OF JEAN-BAPTISTE. Disbarment entered. [For earlier order herein, see 567 U. S. 903.]

No. 12M29. BESS v. WALTON, WARDEN;
No. 12M30. CHAMBERS v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.;
No. 12M31. JONES v. CAWLEY ET AL.; and
No. 12M32. AUDETTE v. SWARTHOUT, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11–697. KIRTSAENG, DBA BLUECHRISTINE99 v. JOHN WILEY & SONS, INC. C. A. 2d Cir. [Certiorari granted, 566 U. S. 936.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11–1175. MARX v. GENERAL REVENUE CORP. C. A. 10th Cir. [Certiorari granted, 566 U. S. 1021.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 11–10362. MILLBROOK v. UNITED STATES. C. A. 3d Cir. [Certiorari granted, 567 U. S. 968.] Motion of petitioner for appointment of counsel granted, and it is ordered that Christopher J. Paolella, Esq., of New York, N. Y., is appointed to serve as counsel for petitioner in this case.

No. 12–3. LAWSON ET AL. v. FMR LLC ET AL. C. A. 1st Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 12–5125. SHERROD v. JOHNSON ET AL. C. A. 11th Cir.; and
No. 12–5592. DOVER v. HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Motions of petitioners for leave to proceed *in forma*